## DUNCAN *et al.* *v.* HOPKINS.

CANDLER, J.   The charge complained of announces a principle of law which is correct in the abstract; and as no specific vice in it is pointed out in the motion, it will not be cause for a new trial.   The court did not err in overruling the motion on the grounds that the verdict was contrary to law and the evidence.                    *Judgment affirmed.   By five Justices.*

Submitted May 6, — Decided June 1, 1903.

Case.   Before Judge Russell.   Gwinnett superior court.   September 2, 1902.

*Juhan & McDonald*, for plaintiffs.
*T. M. Peeples* and *J. R. Irwin*, for defendant.